Honorable Judge Robert S. Lasnik

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9 | HUMAN RIGHTS DEFENSE CENTER

Plaintiff,

10 |         v.

Case No. 2:20-cv-00674-RSL

11

12 | UNITED STATES DEPARTMENT OF
JUSTICE, et al.,

Stipulated Motion and Order for
Relief from Rule 26(a)(1) and (f)
Requirements

13 |         Defendants.

14

15      Pursuant to Local Civil Rule 10(g), Plaintiff Human Rights Defense Center

16 (HRDC) and Defendants United States Department of Justice (DOJ) and its

17 agency, the Drug Enforcement Administration (DEA) (together, the United States),

18 stipulate and jointly move for relief from the requirements of Federal Rule of Civil

19 Procedure 26(a)(1) and (f), including the exchange of initial disclosures and filing

20 of a joint status report and discovery plan.  HRDC filed this action under the

21 Freedom of Information Act (FOIA), seeking disclosure of certain DEA documents

22

STIPULATED MOTION AND ORDER FOR RELIEF
FROM RULE 26(a)(1) and (f) REQUIREMENTS - 1
(2:20-cv-00674-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  that it sought unsuccessfully via an administrative FOIA request and appeal.

2  Complaint [dkt. no. 1] ¶¶ 12-19.

3      On June 10, 2020, the Court issued an order setting deadlines for the

4  parties to hold a Rule 26(f) conference by June 24, 2020, exchange initial

5  disclosures by July 1, 2020, and file a joint status report and discovery plan by

6  July 8, 2020.  Dkt. no. 9.  The parties held a telephonic Rule 26(f) conference on

7  June 24, 2020, during which they discussed ways to resolve HRDC's claim most

8  efficiently, either through litigation or a negotiated resolution.

9      Upon further consideration, HRDC and the United States STIPULATE that

10 this case constitutes "an action for review on an administrative record" under

11 Federal Rule of Civil Procedure 26(a)(1)(B)(i), and is thus exempt from the initial

12 disclosure requirements of Rule 26(a)(1), and from the requirements of Rule 26(f),

13 which include preparation of a discovery plan.  The parties intend to work

14 cooperatively to attempt to resolve this litigation without motion practice.  They

15 therefore FURTHER STIPULATE to file a joint status report by August 24, 2020,

16 advising the Court of steps they have taken towards resolution.  If it becomes

17 //

18 //

19 //

20 //

21 //

22 //

STIPULATED MOTION AND ORDER FOR RELIEF
FROM RULE 26(a)(1) and (f) REQUIREMENTS - 2
(2:20-cv-00674-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  apparent before August 24, 2020, that resolution between the parties is not

2  feasible, the parties will submit a proposed schedule to the Court.

3          DATED this 8th day of July 2020.

4      _s/ Caesar Kalinowski_                 Respectfully submitted,
       Eric M. Stahl, WSBA #27619
5      Caesar Kalinowski, WSBA #52650        BRIAN T. MORAN
       DAVIS WRIGHT TREMAINE LLP             United States Attorney
6      920 Fifth Avenue, Suite 3300
       Seattle, WA 98104-1610                s/_Kyle A. Forsyth_
7      Tel: 206-622-3150                     Kyle A. Forsyth, WSBA #34609
       Fax: 206-757-7700                     Assistant United States Attorney
8      Email: ericstahl@dwt.com              United States Attorney's Office
       caesarkalinowski@dwt.com              700 Stewart Street, Suite 5220
9                                            Seattle, Washington 98101-1271
                                             Phone:  206-553-7970
10     Daniel Marshall, _Pro Hac Vice_       Fax:     206-553-4067
       HUMAN RIGHTS DEFENSE CENTER           Email:  kyle.forsyth@usdoj.gov
11     P.O. Box 1151
       Lake Worth, FL 33460
12     Telephone: 561-360-2523
       Email:
13     dmarshall@humanrightsdefensecenter.
       org
14     _Attorneys for Human Rights Defense_
       _Center_

15

16         IT IS SO ORDERED.

17         Dated this 13th day of July, 2020.

18

19                                        _MM S Lasnik_
                                          Hon. Robert S. Lasnik
20                                        United States District Court

21

22