UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-00674-RSL<br><br>Joint Status Report |

As directed by the Court's Stipulated Order entered July 13, 2020, [dkt. no. 13], Plaintiff Human Rights Defense Center (HRDC) and Defendants United States Department of Justice (DOJ) and its agency, the Drug Enforcement Administration (DEA), submit this Joint Status Report.  HRDC filed this action under the Freedom of Information Act (FOIA), seeking disclosure of certain DEA documents that it sought unsuccessfully via an administrative FOIA request and appeal.  Complaint [dkt. no. 1] ¶¶ 12-19.

JOINT STATUS REPORT - 1
(2:20-cv-00674-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties have been engaged in productive conversations with each other via conference calls and e-mail. Through these communications, the parties have taken the following steps towards resolving the dispute raised in HRDC's FOIA Complaint:

1. HRDC has agreed to narrow its FOIA request to exclude tort claims arising from motor vehicle collisions.
2. HRDC has also agreed to exclude from its request claims that the DEA resolved with payments made before 2012.
3. Although it reserves the right to demand production of requested documents for claims down to the $1,000 threshold stated in its FOIA request, HRDC has agreed that the Defendants may exclude from their initial production claims that the DEA resolved for less than $2,500. Depending on the material produced for claims above the $2,500 threshold, HRDC will later determine whether to demand production of documents for claims that fall between the $1,000 and $2,500 thresholds.
4. The DEA has identified two financial databases that it reasonably believes contain information regarding all claims responsive to HRDC's FOIA request.
5. The DEA has also determined that, to the extent it will be possible to locate the documents that HRDC requests, *e.g.*, claim forms, complaints, settlement agreements, and judgments, the DEA will need to search data systems separate from the two financial databases mentioned above.

JOINT STATUS REPORT - 2
(2:20-cv-00674-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. The DEA will commit 40 paralegal hours per month to searching its data systems for responsive documents. These 40 hours are in addition to time that the DEA's FOIA Unit will spend ensuring that the DEA produces documents to HRDC in a manner consistent with applicable privileges and FOIA exemptions.
7. The DEA plans to produce responsive documents to HRDC on a rolling basis when it locates and processes them as described above.

Accordingly, the parties agree that the Court need not set a briefing schedule or other deadlines at this time. HRDC and the Defendants agree to submit another joint status report in 60 days, describing their further progress towards resolution of this matter.

DATED this 24th day of August 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/ *Caesar Kalinowski*
Eric M. Stahl, WSBA #27619
Caesar Kalinowski, WSBA #52650
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
Email: ericstahl@dwt.com
caesarkalinowski@dwt.com

s/*Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: kyle.forsyth@usdoj.gov

JOINT STATUS REPORT - 3
(2:20-cv-00674-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Daniel Marshall, *Pro Hac Vice*
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL 33460
Telephone: 561-360-2523
Email: dmarshall@humanrightsdefensecenter.org
*Attorneys for Human Rights Defense Center*

JOINT STATUS REPORT - 4
(2:20-cv-00674-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970