Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

    Defendants.

Case No. 2:20-cv-00674-RSL

Ninth Joint Status Report

In accordance with their Eighth Joint Status Report, filed January 10, 2022 [dkt. no. 21], Plaintiff Human Rights Defense Center (HRDC) and Defendants United States Department of Justice and its agency, the Drug Enforcement Administration (together, DEA), submit this Ninth Joint Status Report. HRDC filed this action under the Freedom of Information Act (FOIA), seeking disclosure of certain DEA documents that it sought unsuccessfully via an administrative FOIA request and appeal. Complaint [dkt. no. 1] ¶¶ 12-19.

NINTH JOINT STATUS REPORT - 1
(2:20-cv-00674-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

As anticipated in the Eighth Joint Status Report, the DEA completed its re-production of documents with reduced redactions on March 11, 2022. HRDC continues to object to certain redactions within the DEA's production. The parties believe that summary judgment motions practice is necessary to resolve their disputes. While the parties presently anticipate filing cross-motions for summary judgment, HRDC reserves the option simply to respond to the DEA's motion, without filing a cross-motion. The parties propose the following schedule, which allows time for the DEA to prepare a detailed *Vaughn* index that it will file with its summary judgment motion.

- DEA's Motion for Summary Judgment (24-page limit) due July 8, 2022;
- HRDC's combined Opposition and Cross-Motion for Summary Judgment (36-page limit) due August 26, 2022;
- DEA's combined Opposition and Reply (24-page limit) due September 30, 2022;
- HRDC's Reply (12-page limit) due October 21, 2022

If HRDC chooses not to file a Cross-Motion, it would not file a Reply and the parties would adhere to the standard page limits prescribed by Local Civil Rule

//
//
//
//
//

NINTH JOINT STATUS REPORT - 2
(2:20-cv-00674-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7(e)(3).  The parties request that the Court enter a minute order setting their proposed briefing schedule.

DATED this 28th day of March 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

s/ *Caesar Kalinowski*
Eric M. Stahl, WSBA #27619
Caesar Kalinowski, WSBA #52650
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
Email: ericstahl@dwt.com
caesarkalinowski@dwt.com

s/*Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4067
Email:  kyle.forsyth@usdoj.gov

Daniel Marshall, *Pro Hac Vice*
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL 33460
Telephone: 561-360-2523
Email: dmarshall@humanrightsdefensecenter.org
*Attorneys for Human Rights Defense Center*

NINTH JOINT STATUS REPORT - 3
(2:20-cv-00674-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970