UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUMAN RIGHTS DEFENSE CENTER,

          Plaintiff,

  v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

          Defendants.

Cause No. C20-674RSL

CASE MANAGEMENT ORDER

On May 5, 2020, plaintiff filed a complaint seeking Declaratory and Injunctive Relief for Violation of the Freedom on Information Act, 5 U.S.C.§ 552. The parties believe that summary judgment motions practice is necessary to resolve their disputes. Having reviewed the parties Ninth Joint Status Report, the Court orders as follows:

| | |
|---|---|
| DEA's shall file a motion for summary judgment of no more than 24 pages by | July 8, 2022 |
| HRDC's combined opposition and cross-motion for summary judgment of no more than 36 pages by | August 26, 2022 |
| DEA's combined opposition and Reply of no more than 24 pages by | September 30, 2022 |
| HRDC's Reply of no more than 12 pages by | October 21, 2022 |

CASE MANAGEMENT ORDER

IF HRDC chooses not to file a Cross-Motion, it would not file a Reply and the parties would adhere to the standard page limits prescribed by Local Civil Rule 7(e)(3).

The cross-motions for summary judgment shall be noted for consideration on the Court's calendar for **October 21, 2022.** If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of the parties. The Court will alter these dates only upon good cause shown.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND LOCAL RULES

Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. *Pro se* litigants may file either electronically or in paper form. The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

– Alteration to LCR 10(e)(9) - Effective July 1, 2014, the Western District of Washington will no longer accept courtesy copies in 3-ring binders. All courtesy copies must be 3-hole punched, tabbed, and bound by rubber bands or clips. If any courtesy copies are delivered to the intake desk or chambers in 3-ring binders, the binders will be returned immediately. This policy does **NOT** apply to the submission of trial exhibits.

– Alteration to Section III, Paragraph M of the Electronic Filing Procedures - Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

– Pursuant to LCR 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line numbers, etc.). All exhibits must be marked to designate testimony or evidence referred to in the parties' filings. Filings that do not comply with LCR 10(e) may be rejected and/or returned to the filing party,

particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

– Alteration to LCR 7(d)(4) - Any motion *in limine* must be filed by the date set forth above and noted on the motion calendar no earlier than the second Friday thereafter. Any response is due on or before the Wednesday before the noting date. Parties may file and serve reply memoranda, not to exceed nine pages in length, on or before the noting date.

## PRIVACY POLICY

Pursuant to Federal Rule of Civil Procedure 5.2 and LCR 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth
* Names of Minor Children - redact to the initials
* Social Security Numbers and Taxpayer Identification Numbers - redact in their entirety
* Financial Accounting Information - redact to the last four digits
* Passport Numbers and Driver License Numbers - redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and LCR 5.2.

## SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk, Ashleigh Drecktrah at 206-370-8520, prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 5th day of April, 2022.

/s/Ashleigh Drecktrah
Ashleigh Drecktrah, Deputy Clerk to
the Honorable Robert S. Lasnik
(206) 370-8520