# Exhibit B

| | |
|---|---|
| **From:** | Kewley, John W. |
| **To:** | "mdillon@prisonlegalnews.org" |
| **Subject:** | DEA FOIA Request 19-00600-F |
| **Date:** | Thursday, June 27, 2019 2:25:11 PM |
| **Attachments:** | 19-00600-F Reformulation Letter.pdf<br>image001.jpg |

Ms. Dillon,

Please find attached above the Drug Enforcement Administration response to your FOIA request 19-00600-F.

John W. Kewley
Government Information Specialist
Headquarters, Drug Enforcement Administration
Freedom of Information/Privacy Unit (SARF)
Telephone: (202) 307-7728
john.w kewley@usdoj.gov

**U.S. Department of Justice**
Drug Enforcement Administration
FOI/Records Management Section
8701 Morrissette Drive
Springfield, Virginia 22152

---

Case Number: 19-00600-F

Subject: All litigation against the Drug Enforcement Administration (DEA) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims from January 1, 2010 to the present

Michelle Dillon
Human Rights Defense Center
720 Third Avenue, Suite 1605
Seattle, Washington 98104
mdillon@prisonlegalnews.org

Dear Ms. Dillon:

This letter responds to your Freedom of Information Act/Privacy Act (FOIA/PA) request dated May 20, 2019, addressed to the Drug Enforcement Administration (DEA), FOIA/PA Unit, seeking access to information regarding the above subject.

To fulfil your request, our office forwarded a copy of your request letter to the Office of Chief Counsel (CCA). Based upon all available information, we have determined that CCA is the DEA component that may have records responsive to the subject of your request. Please be advised, DEA's electronic tracking system for lawsuits and tort claims is not searchable by the size of payment or whether a payment was made. In addition, electronic data is only available from mid-2012 to the present. In order to obtain the documents requested, each lawsuit and tort claim electronic file would need to be examined to determine if a payment was made and, if so, whether the payment was $1,000 or more.

Further, for records prior to 2012, every tort claim and lawsuit file would need to be retrieved from archives and manually searched to determine whether a payment was made and, if so, whether the payment was $1,000 or more. We have determined that a conservative estimate for an electronic search and a manual search would be 295 hours. For these reasons, your request would require DEA to conduct an unreasonably burdensome search. As provided by 28 C.F.R. § 16.3(b), this letter affords you the opportunity to reformulate your request by narrowing the scope of your request or specifying a particular claim or lawsuit that you desire.

To this end, no further action will be initiated on this request until we are in receipt of a reasonable description of records sought. If this office does not receive your response within 30 days, DEA will assume that you do not wish to pursue this matter and your request will be administratively closed. Please forward your response to the following address:

DEA Headquarters
Attn: FOIA/PA Unit (SARF)
8701 Morrissette Drive
Springfield, VA 22152

You may contact our FOIA Public Liaison at 202-307-7596 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following website: https://www.foiaonline.gov/foiaonline/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you have any questions regarding this letter, you may contact Government Information Specialist J. Kewley at 202-307-7728.

Sincerely,

Angela D. Hertel

Angela D. Hertel, Acting Chief
Freedom of Information/Privacy Act Unit
FOI/Records Management Section