# Exhibit C

**From:** Michelle Dillon
**To:** Kewley, John W.
**Subject:** RE: DEA FOIA Request 19-00600-F
**Date:** Thursday, July 11, 2019 6:47:59 PM
**Attachments:** image001.jpg

---

Dear Mr. Kewley,

After review of the letter we agree to production of documents from 2012 or later. If it would expedite the process to eliminate the burden of determining the payment amount, we also will waive the $1,000 threshold from our original request and request documents for all relevant cases and we can review them ourselves to determine applicability for the level of payment, provided that DEA agrees to our request for a fee waiver.

Best,
Michelle Dillon

---

**From:** Kewley, John W. [mailto:John.W.Kewley@usdoj.gov]
**Sent:** Thursday, June 27, 2019 11:25 AM
**To:** Michelle Dillon <mdillon@prisonlegalnews.org>
**Subject:** DEA FOIA Request 19-00600-F

Ms. Dillon,

Please find attached above the Drug Enforcement Administration response to your FOIA request 19-00600-F.

John W. Kewley
Government Information Specialist
Headquarters, Drug Enforcement Administration
Freedom of Information/Privacy Unit (SARF)
Telephone: (202) 307-7728
john.w kewley@usdoj.gov