# Exhibit D

| | |
|---|---|
| **From:** | Kewley, John W. |
| **To:** | mdillon@prisonlegalnews.org |
| **Subject:** | 19-00600-F Reformulation Response Letter |
| **Date:** | Monday, October 21, 2019 8:15:20 AM |
| **Attachments:** | 19-00600-F Reformulation Response Letter.pdf<br>image001.jpg |

Ms. Dillon,

Here is the response to your reformulated request dated July 11, 2019.

John W. Kewley
Government Information Specialist
Headquarters, Drug Enforcement Administration
Freedom of Information/Privacy Unit (FSRF)
Telephone: (202) 307-7728
john.w kewley@usdoj.gov

**U.S. Department of Justice**
Drug Enforcement Administration
FOI/Records Management Section
8701 Morrissette Drive
Springfield, Virginia 22152

Case Number: 19-00600-F

OCT 21 2019

Subject: All litigation against the Drug Enforcement Administration (DEA) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims from January 1, 2010 to the present

Michelle Dillon
Human Rights Defense Center
720 Third Avenue, Suite #1605
Seattle, Washington 98104
mdillon@prisonlegalnews.org

Dear Ms. Dillon:

This letter responds to your Freedom of Information Act/Privacy Act (FOIA/PA) request dated May 20, 2019, addressed to the Drug Enforcement Administration (DEA), Freedom of Information/Privacy Act Unit, seeking access to information regarding the above subject.

Your reformulated request as written, received via electronic mail on July 11, 2019, does not meet the requirements of the FOIA, 5 U.S.C. § 552 (a)(3)(A), since it does not reasonably describe records. The Department of Justice rules, contained at 28 C.F.R. § 16.3, provide that "you must describe the records in enough detail to enable department personnel to locate them with a reasonable amount of effort." DEA can make certain presumptions to overcome some of the deficiencies in your request, but not all of them.

To retrieve the information that you may be seeking requires more specificity. We have applied your time frame revision from 2010 - present to the period from 2012 to the present. We have recomputed the search time required and determined a conservative time search estimate to be 250 hours. The DEA office tasked to conduct a search of this length for files of any responsive records pertaining to the subject of your request would be burdened. As such, your request is overly broad and burdensome.

To this end, no further action will be initiated on this request until we are in receipt of a reasonable description of records sought. If this office does not receive your reformulated request within 30 days, DEA will assume that you do not wish to pursue this matter and your request will be administratively closed. Please forward your response to the following address:

DEA Headquarters
Attn: FOIA/PA Unit (FSRF)
8701 Morrissette Drive
Springfield, VA 22152

You may contact our FOIA Public Liaison at 202-307-7596 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following website: https://www.foiaonline.gov/foiaonline/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you have any questions regarding this letter, you may contact Government Information Specialist J. Kewley at 202-307-7728.

Sincerely,

Angela D. Hertel

Angela D. Hertel, Acting Chief
Freedom of Information/Privacy Act Unit
FOI/Records Management Section