# Exhibit E

| | |
|---|---|
| **From:** | Jones, Priscilla A (OIP) (JMD) |
| **To:** | DEA.FOIA |
| **Cc:** | Hertel, Angela D. |
| **Subject:** | FOIA appeal |
| **Date:** | Tuesday, October 29, 2019 5:28:16 PM |
| **Attachments:** | dillon.19-00600-F.DOJ-AP-2020-000540 Case File.pdf<br>dillon.19-00600-f.OIP - DEA appeal (HRDC) - 10-29-19.attachment.pdf |

20-000540 dillon 19-00600f

Priscilla A. Jones
DOJ/OIP
Supervisory Administrative Specialist
6-5495

**Phase:** Evaluation **Status:** Initial Evaluation

**DOJ-AP-2020-000540 appeal Details**

**Due Date:** 11/27/2019 **Clock Days:** 0

# Requester Information

| | | | |
|---|---|---|---|
| **Requester** | Ms. Michelle Dillon | **Tracking Number** | DOJ-AP-2020-000540 |
| **Organization** | Human Rights Defense Center | **Submitted Date** | 10/29/2019 |
| **Requester Has Account** | Yes | **Business Date of Receipt** | 10/29/2019 |
| **Created on Behalf Of** | | **Received Date** | |
| **Email Address** | mdillon@prisonlegalnews.org | **Last Assigned Date** | 10/29/2019 |
| **Phone Number** | 2062571355 | **Assigned To** | Appeals |
| **Fax Number** | | **Last Assigned By** | |
| **Address** | 720 3rd Avenue Suite 1605 | **Appeal Track** | |
| **City** | Seattle | | |
| **State/Province** | WA | | |
| **Zip Code/Postal Code** | 98104 | | |

# Original Request Information

| | | | |
|---|---|---|---|
| **Tracking Number** | 19-00600-F | **Request Phase** | Submitted |
| **Requester** | Michelle Dillon | **Request Track** | Simple |
| **Date Submitted** | 05/20/2019 | **Final Disposition** | |

**Request Description** Records of all litigation, dated between January 1, 2010 and the date of processing, against the DEA and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims.

# Appeal Handling

| | | | |
|---|---|---|---|
| **Requester Info Available to the Public?** | No | **Request Type** | FOIA |
| **Appeal Track** | | **Appeal Received** | No |
| **Fee Category** | | **Received Date** | |
| **Expedited Processing Requested** | No | **Acknowledgement Sent Date** | |
| **Expedited Processing Status** | | **Litigation** | No |
| | | **Court Docket Number** | |
| | | **5 Day Notifications?** | No |

# Basis for Appeal

| | |
|---|---|
| **Long Description** | HRDC submitted a revised request via email to DEA on July 11, 2019. Our revised request limited document production to records dated 2012 onward to eliminate the need to retrieve archival materials, a process that had been identified by DEA as burdensome. We additionally agreed to waive the $1,000 threshold for all relevant cases—another significant burden claimed by DEA—and internally review the payment amounts to identify responsive cases. On October 21, 2019, DEA responded to HRDC's revised request. The agency's response letter indicated that the revised search estimate was 250 hours, a reduction of just 18% from the original estimate. The agency indicated that the revised request was "overly broad and burdensome" and that "no further action will be initiated on this request until we are in receipt of a reasonable description of records sought." HRDC appeals this response from DEA on the grounds that our revised request should be fully sufficient to allow DEA to identify responsive documents. DEA should have reasonable capabilities to identify whether or not a payment was made for lawsuits and tort claims, even if the agency's system may not sort cases by payment amounts. Although DEA has claimed that our request is overly broad, it is not possible to reformulate a response that would identify records more narrowly than previously requested, which is a request for electronically available lawsuits and tort claims against DEA for which payments were distributed to plaintiffs. We ask that DEA resume processing our revised request. |
| **Has Description Been Modified?** | Yes |
| **Long Description Modified** | |
| **Description Available to the Public?** | No |
| **Short Description** | |
| **Based on Fee Waiver** | No |
| **Based on Expedited Processing** | No |

# Additional Information

| | |
|---|---|
| **Litigation Counsel Name** | N/A |
| **Litigation Case Number** | N/A |
| **Litigation Contact Information** | N/A |
| **Sub-Office - IR** | N/A |
| **Clearwell Number** | N/A |
| **Subject to Litigation?** | N/A |
| **Processing Queue** | N/A |
| **Acknowledged?** | N/A |

# Attached Supporting Files

**Attachments Available to the Public?**
**No**

| Attached File Name | Size (MB) | File Type |
|---|---|---|
| OIP - DEA appeal (HRDC) - 10-29-19.pdf | 0.3976 | Adobe PDF Document |

# Appeals

| Tracking Number | Appeal Date | Appellant | Phase | Notification |
|---|---|---|---|---|
| No appeals have been created. | | | | |

# Consultations

| Tracking Number | Consulted Agency | Created By | Consultation Date | Due Date | Phase |
|---|---|---|---|---|---|
| No consultations have been created. | | | | | |

# Correspondence to Requester

| Subject | From | To | Date |
|---|---|---|---|
| FOIA Appeal DOJ-AP-2020-000540 Submitted | System | Ms. Michelle Dillon | 10/29/2019 |

<p> This message is to notify you of a new appeal submission to the FOIAonline application. Appeal information is as follows: <p> <ul> <li> Appeal Tracking Number: DOJ-AP-2020-000540 </li> <li> Request Tracking Number: 19-00600-F </li> <li> Requester Name: Michelle Dillon </li> <li> Date Submitted: 10/29/2019 </li> <li> Appeal Status: Submitted </li> <li> Description: HRDC submitted a revised request via email to DEA on July 11, 2019. Our revised request<br/>limited document production to records dated 2012 onward to eliminate the need to retrieve<br/>archival materials, a process that had been identified by DEA as burdensome. We additionally<br/>agreed to waive the $1,000 threshold for all relevant cases—another significant burden claimed<br/>by DEA—and internally review the payment amounts to identify responsive cases.<br/><br/>On October 21, 2019, DEA responded to HRDC's revised request. The agency's response letter<br/>indicated that the revised search estimate was 250 hours, a reduction of just 18% from the<br/>original estimate. The agency indicated that the revised request was "overly broad and<br/>burdensome" and that "no further action will be initiated on this request until we are in receipt of<br/>a reasonable description of records sought."<br/><br/>HRDC appeals this response from DEA on the grounds that our revised request should be fully<br/>sufficient to allow DEA to identify responsive documents. DEA should have reasonable<br/>capabilities to identify whether or not a payment was made for lawsuits and tort claims, even if<br/>the agency's system may not sort cases by payment amounts. Although DEA has claimed that<br/>our request is overly broad, it is not possible to reformulate a response that would identify<br/>records more narrowly than previously requested, which is a request for electronically available<br/>lawsuits and tort claims against DEA for which payments were distributed to plaintiffs.<br/><br/>We ask that DEA resume processing our revised request. </li> </ul>

# Other Correspondence

| Attached File | File Type | Size (MB) |
|---|---|---|
| No correspondence has been created. | | |

# Fee Estimates

**Current Estimate Total** $0
**Date Estimate Sent to Requester** N/A
**Estimate Required for Payment** N/A

# Invoices

| Sent | Title | Invoice Date | Amount |
|---|---|---|---|
| No invoices have been created. | | | |

**Total Amount Billed Which Has Been Sent To Requester** $0.00

# Payments

| Date | Amount | Type |
|---|---|---|
| No payments have been added. | | |

**Total Amount Paid** $0.00
**Total Amount Owed** $0.00

# Case Responsive Records

**Publish Options:**

**UU - Unredacted - Unreleaseable**
**RU - Redacted - Unreleasable**

**UR - Unredacted - Releaseable to the General Public**
**RR - Redacted - Releasable to the General Public**
**REQ - Release to Requester Only**

| Release Type | Title | User | Date/Time | Exemptions | Release Date |
|---|---|---|---|---|---|
| No records have been uploaded. | | | | | |

# Restricted Materials

| Attached File Name | Size (MB) | File Type | User | Actual Agency | Date/Time |
|---|---|---|---|---|---|
| No restricted materials have been added. | | | | | |

# Existing Admin Costs

| Date | User Name | Charge Type | Hours/Quantity | Rate | Billable? | Total |
|---|---|---|---|---|---|---|
| No cost entries have been added. | | | | | | |

**Fee Category:** N/A

**Total:** $0.00

**Invoice Amount:** $0.00

# Assigned Tasks

| Outcome | Task Type | Assigned To | Assigned By | Submitted Date | Due Date | Closed Date | Notification | Justification |
|---|---|---|---|---|---|---|---|---|

No tasks have been assigned.

# Existing Comments (0)

| Date Created | Last Edited On | User Name |
|---|---|---|
| | No comments have been added. | |

# Assigned Reviewers

| Review Order | Review Outcome | Assigned Reviewer | Review Date |
|---|---|---|---|
| No reviewers have been assigned. | | | |

October 29, 2019

DOJ Office of Information Policy
Attn: OIP Director
Sixth Floor, 441 G Street, NW
Washington, DC 20530

*Sent via online portal*

**Re: Freedom of Information Act Appeal (Case Number: 19-00600-F)**

To the OIP Director:

The Human Rights Defense Center (HRDC) hereby appeals a response received from the Drug Enforcement Administration (DEA) on October 21, 2019.

HRDC originally submitted a public records request to the DEA on May 20, 2019. At that time, we requested records of all litigation, dated between January 1, 2010 and the date of processing, against the DEA and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims.

The first response from DEA was received by HRDC on June 27, 2019. In its response letter, the agency claimed that its electronic tracking system for lawsuits and tort claims was "not searchable by the size of payment or whether a payment was made." DEA also claimed that electronic data was only available from 2012 onward. Thus, the agency concluded, "each lawsuit and tort claim electronic file would need to be examined to determine if a payment was made and, if so, whether the payment was $1,000 or more." Additionally, for records prior to 2012, materials would need to be retrieved from archives and manually searched. The agency estimated the electronic and manual search together would take at least 295 hours and concluded that this request therefore would require an "unreasonably burdensome search."

HRDC submitted a revised request via email to DEA on July 11, 2019. Our revised request limited document production to records dated 2012 onward to eliminate the need to retrieve archival materials, a process that had been identified by DEA as burdensome. We additionally agreed to waive the $1,000 threshold for all relevant cases—another significant burden claimed by DEA—and internally review the payment amounts to identify responsive cases.

On October 21, 2019, DEA responded to HRDC's revised request. The agency's response letter indicated that the revised search estimate was 250 hours, a reduction of just 18% from the original estimate. The agency indicated that the revised request was "overly broad and burdensome" and that "no further action will be initiated on this request until we are in receipt of a reasonable description of records sought."

HRDC appeals this response from DEA on the grounds that our revised request should be fully sufficient to allow DEA to identify responsive documents. DEA should have reasonable capabilities to identify whether or not a payment was made for lawsuits and tort claims, even if the agency's system may not sort cases by payment amounts. Although DEA has claimed that our request is overly broad, it is not possible to reformulate a response that would identify records more narrowly than previously requested, which is a request for electronically available lawsuits and tort claims against DEA for which payments were distributed to plaintiffs.

We ask that DEA resume processing our revised request. Please contact me via email, mdillon@prisonlegalnews.org, should you require any additional information. Thank you for your time and attention in this matter.

Sincerely,

HUMAN RIGHTS DEFENSE CENTER

Michelle Dillon

Michelle Dillon
Public Records Manager

Enc: *HRDC public records request letter (May 20, 2019)*
*DEA 1st response letter (June 27, 2019)*
*HRDC revised public records request letter (July 11, 2019)*
*DEA 2nd response letter (October 21, 2019)*

# EXHIBIT A

May 20, 2019

Drug Enforcement Administration
Attn: FOI/PA Unit (SARF)
8701 Morrissette Drive
Springfield, VA 22152

*Sent via email: DEA.FOIA@usdoj.gov*

**Re: FOIA Request for Verdicts and Settlements Information**

To the FOIA Officer:

The Human Rights Defense Center (HRDC) makes this request pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. HRDC is a 501(c)(3) non-profit organization that publishes two journals and multiple books reporting on prisons, jails and other detention facilities. HRDC requests a fee waiver for this request. Prior to a name change approved by the Secretary of State in Washington in 2009, HRDC was known as Prison Legal News.

Documents Requested

HRDC is seeking records of all litigation against the Drug Enforcement Administration (DEA) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:

1. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against DEA and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from January 1, 2010 to the present:
    - The name of all parties involved;
    - The case or claim number;
    - The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
    - The date of resolution;

- The amount of money involved in the resolution and to whom it was paid,

2. For each case or claim detailed above:
   - The complaint or claim form and any amended versions;
   - The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

Fee Waiver Requested

HRDC requests a waiver of fees under 5 U.S.C. §§ 552(a)(4)(A)(ii)(II) and (iii), as HRDC is a member of the news media and disclosure of the requested information is in the public interest. HRDC is the publisher of *Prison Legal News* and *Criminal Legal News*, as well as several books about the criminal justice system and legal issues affecting prisoners. *Prison Legal News* is a legal journal that reports news and litigation concerning carceral facilities. *PLN* covers corrections news and analysis and criminal justice-related issues on a national level. *PLN* has published monthly since 1990 and has approximately 9,000 subscribers in all 50 states. Based on reader survey results the estimated actual readership is around ten times that number. *PLN*'s subscribers include lawyers, journalists, judges, courts, public libraries and universities. *PLN* also maintains a website that receives approximately 100,000 visitors per month based on site analytics. *Criminal Legal News* is a legal journal. HRDC launched the inaugural issue in December 2017. *CLN* reports on criminal law decisions from all 50 states and the federal court system, focusing on legal developments affecting the fact and duration of confinement and sentences. *CLN* also covers civil rights litigation against police, prosecutors and court systems.

Disclosure of this information is "in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government," as described in 5 U.S.C. § 552(a)(4)(A)(iii). There is great demand for insight into DEA activities as evidenced by recently increased media coverage about immigration and DEA as an agency. Examining specific instances of how government operations are being managed and operated and how tax dollars are being expended is the hallmark of understanding government.

Regarding an analogous request from the Bureau of Prisons, the court in *Prison Legal News v. Lappin*, 436 F. Supp. 2d 17 (D.D.C. 2006), held that Prison Legal News (the previous name of the requesting corporation) was entitled to a fee waiver.

Response Requested

If this request is denied in whole or part, please provide an index to all denials by reference to specific exemptions. If any records responsive to this request are denied in part, release all segregable portions of those records. Additionally, please outline any administrative appeals process available.

Please contact me via email, mdillon@prisonlegalnews.org, should you require any additional information. Thank you for your time and attention in this matter.

Sincerely,

HUMAN RIGHTS DEFENSE CENTER

Michelle Dillon

Michelle Dillon
Public Records Manager

# EXHIBIT B

**U.S. Department of Justice**
Drug Enforcement Administration
FOI/Records Management Section
8701 Morrissette Drive
Springfield, Virginia 22152

Case Number: 19-00600-F

Subject: All litigation against the Drug Enforcement Administration (DEA) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims from January 1, 2010 to the present

Michelle Dillon
Human Rights Defense Center
720 Third Avenue, Suite 1605
Seattle, Washington 98104
mdillon@prisonlegalnews.org

Dear Ms. Dillon:

This letter responds to your Freedom of Information Act/Privacy Act (FOIA/PA) request dated May 20, 2019, addressed to the Drug Enforcement Administration (DEA), FOIA/PA Unit, seeking access to information regarding the above subject.

To fulfil your request, our office forwarded a copy of your request letter to the Office of Chief Counsel (CCA). Based upon all available information, we have determined that CCA is the DEA component that may have records responsive to the subject of your request. Please be advised, DEA's electronic tracking system for lawsuits and tort claims is not searchable by the size of payment or whether a payment was made. In addition, electronic data is only available from mid-2012 to the present. In order to obtain the documents requested, each lawsuit and tort claim electronic file would need to be examined to determine if a payment was made and, if so, whether the payment was $1,000 or more.

Further, for records prior to 2012, every tort claim and lawsuit file would need to be retrieved from archives and manually searched to determine whether a payment was made and, if so, whether the payment was $1,000 or more. We have determined that a conservative estimate for an electronic search and a manual search would be 295 hours. For these reasons, your request would require DEA to conduct an unreasonably burdensome search. As provided by 28 C.F.R. § 16.3(b), this letter affords you the opportunity to reformulate your request by narrowing the scope of your request or specifying a particular claim or lawsuit that you desire.

To this end, no further action will be initiated on this request until we are in receipt of a reasonable description of records sought. If this office does not receive your response within 30 days, DEA will assume that you do not wish to pursue this matter and your request will be administratively closed. Please forward your response to the following address:

DEA Headquarters
Attn: FOIA/PA Unit (SARF)
8701 Morrissette Drive
Springfield, VA 22152

You may contact our FOIA Public Liaison at 202-307-7596 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following website: https://www.foiaonline.gov/foiaonline/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you have any questions regarding this letter, you may contact Government Information Specialist J. Kewley at 202-307-7728.

Sincerely,

Angela D. Hertel

Angela D. Hertel, Acting Chief
Freedom of Information/Privacy Act Unit
FOI/Records Management Section

# EXHIBIT C

**Michelle Dillon**

---

| | |
|---|---|
| **From:** | Michelle Dillon |
| **Sent:** | Thursday, July 11, 2019 3:47 PM |
| **To:** | Kewley, John W. |
| **Subject:** | RE: DEA FOIA Request 19-00600-F |

Dear Mr. Kewley,

After review of the letter we agree to production of documents from 2012 or later. If it would expedite the process to eliminate the burden of determining the payment amount, we also will waive the $1,000 threshold from our original request and request documents for all relevant cases and we can review them ourselves to determine applicability for the level of payment, provided that DEA agrees to our request for a fee waiver.

Best,
Michelle Dillon

---

**From:** Kewley, John W. [mailto:John.W.Kewley@usdoj.gov]
**Sent:** Thursday, June 27, 2019 11:25 AM
**To:** Michelle Dillon <mdillon@prisonlegalnews.org>
**Subject:** DEA FOIA Request 19-00600-F

Ms. Dillon,

Please find attached above the Drug Enforcement Administration response to your FOIA request 19-00600-F.

John W. Kewley
Government Information Specialist
Headquarters, Drug Enforcement Administration
Freedom of Information/Privacy Unit (SARF)
Telephone: (202) 307-7728
john.w kewley@usdoj.gov

# EXHIBIT D

**U.S. Department of Justice**
Drug Enforcement Administration
FOI/Records Management Section
8701 Morrissette Drive
Springfield, Virginia 22152

Case Number: 19-00600-F

OCT 21 2019

Subject: All litigation against the Drug Enforcement Administration (DEA) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims from January 1, 2010 to the present

Michelle Dillon
Human Rights Defense Center
720 Third Avenue, Suite #1605
Seattle, Washington 98104
mdillon@prisonlegalnews.org

Dear Ms. Dillon:

This letter responds to your Freedom of Information Act/Privacy Act (FOIA/PA) request dated May 20, 2019, addressed to the Drug Enforcement Administration (DEA), Freedom of Information/Privacy Act Unit, seeking access to information regarding the above subject.

Your reformulated request as written, received via electronic mail on July 11, 2019, does not meet the requirements of the FOIA, 5 U.S.C. § 552 (a)(3)(A), since it does not reasonably describe records. The Department of Justice rules, contained at 28 C.F.R. § 16.3, provide that "you must describe the records in enough detail to enable department personnel to locate them with a reasonable amount of effort." DEA can make certain presumptions to overcome some of the deficiencies in your request, but not all of them.

To retrieve the information that you may be seeking requires more specificity. We have applied your time frame revision from 2010 - present to the period from 2012 to the present. We have recomputed the search time required and determined a conservative time search estimate to be 250 hours. The DEA office tasked to conduct a search of this length for files of any responsive records pertaining to the subject of your request would be burdened. As such, your request is overly broad and burdensome.

To this end, no further action will be initiated on this request until we are in receipt of a reasonable description of records sought. If this office does not receive your reformulated request within 30 days, DEA will assume that you do not wish to pursue this matter and your request will be administratively closed. Please forward your response to the following address:

DEA Headquarters
Attn: FOIA/PA Unit (FSRF)
8701 Morrissette Drive
Springfield, VA 22152

You may contact our FOIA Public Liaison at 202-307-7596 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following website: https://www.foiaonline.gov/foiaonline/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you have any questions regarding this letter, you may contact Government Information Specialist J. Kewley at 202-307-7728.

Sincerely,

Angela D. Hertel

Angela D. Hertel, Acting Chief
Freedom of Information/Privacy Act Unit
FOI/Records Management Section