# Exhibit F

| | |
|---|---|
| **From:** | Brown, Davita (OIP) (JMD) |
| **To:** | DEA.FOIA |
| **Subject:** | OIP"s final appeal response |
| **Date:** | Friday, January 31, 2020 12:43:17 PM |
| **Attachments:** | Dillon, Michelle, AP-2020-000540, DEA, Appeal response letter.pdf |

**Davita E. Brown**

**Secretary**

**US Department of Justice**

**Office of Information Policy**

**Phone: (202) 514-4952**

**Fax: (202)514-1009**

Michelle Dillon
Human Rights Defense Center
Suite 1605
720 3rd Avenue
Seattle, WA 98104
mdillon@prisonlegalnews.com

Re: Appeal No. DOJ-AP-2020-000540
Request No. 19-00600-F
RNB:JKD

**VIA: FOIAonline**

Dear Michelle Dillon:

You appealed from the action of the Drug Enforcement Administration (DEA) on your revised Freedom of Information Act request for access to all litigation against the DEA and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve the claims, from 2012 to the present.[1] I note that your appeal concerns DEA's full denial of your request.

After carefully considering your appeal, I am affirming, on partly modified grounds, DEA's action on your request. A proper FOIA request for records must reasonably describe the records sought. See 5 U.S.C. § 552(a)(3)(A); see also 28 C.F.R. § 16.3(b)(2019). DEA informed you that you did not reasonably describe the subject of your request. Your request is not reasonably described because you did not characterize the records sought in such a way that they could be located with a reasonable amount of effort. In order to conduct a search for responsive records, DEA would have to individually search thousands of litigation files. Additionally, DEA's electronic tracking system for lawsuits and tort claims is not searchable by whether a payment was made or the amount of payment.

If you would like to discuss with DEA how to formulate your request to reasonably describe the records sought, you may contact DEA's FOIA Public Liaison at (202) 307-4264. You may wish to submit a new, reasonably described request directly to DEA.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of DEA in response to your request.

[1] This Office notes that you agreed to waive the $1,000 threshold from the original request if it would expedite the process of your request. Please be advised that DEA determined that it would not.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

1/31/2020

X

Matthew W. Hurd
Acting Chief, Administrative Appeals Staff
Signed by: MATTHEW HURD