# Exhibit G

**From:** Wallace, Deshelia S.
**To:** "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org"
**Cc:** Forsyth, Kyle (USAWAW)
**Bcc:** Hertel, Angela D.
**Subject:** Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674
**Date:** Monday, November 23, 2020 11:34:00 AM
**Attachments:** HRDC - Doc"s for November 2020 Production.pdf
19-00600-F - Signed Determination - November Production (1).pdf

---

Good Morning ,

Please find enclosed the attached letter and documents pursuant to the above captioned civil action.

If you have any questions or concerns, feel free to contact AUSA Kyle A. Forsyth at 206-553-4751 or Kyle.Forsyth@usdoj.gov.

V/R
Deshelia Wallace
Expert Government Information Specialist
Drug Enforcement Administration
Legal and External Affairs Unit
Freedom of Information and Privacy Act Section
202-307-4264