# Exhibit H

| | |
|---|---|
| **From:** | Hertel, Angela D. |
| **To:** | "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org" |
| **Cc:** | "Forsyth, Kyle (USAWAW)" |
| **Bcc:** | Laeser, Jason A. |
| **Subject:** | Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674 (1 of 3) |
| **Date:** | Wednesday, December 30, 2020 2:31:00 PM |
| **Attachments:** | Determination - December Production.pdf<br>HRDC December Production Part 1.pdf |

Good afternoon,

Attached please find DEA's December production pursuant to the above-captioned civil action. Due to email size limitations, I will be sending our response in three separate emails.

Thank you,

Angela Hertel
Unit Chief
Legal and External Affairs Unit
Freedom of Information/Privacy Act Section
Drug Enforcement Administration
angela.d.hertel@usdoj.gov

| | |
|---|---|
| **From:** | Hertel, Angela D. |
| **To:** | "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org" |
| **Cc:** | "Forsyth, Kyle (USAWAW)" |
| **Bcc:** | Laeser, Jason A. |
| **Subject:** | Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674 (2 of 3) |
| **Date:** | Wednesday, December 30, 2020 2:34:00 PM |
| **Attachments:** | HRDC December Production Part 2.pdf |

Good afternoon,

Attached please find DEA's December production pursuant to the above-captioned civil action. Due to email size limitations, I will be sending our response in three separate emails.

Thank you,

Angela Hertel
Unit Chief
Legal and External Affairs Unit
Freedom of Information/Privacy Act Section
Drug Enforcement Administration
angela.d.hertel@usdoj.gov

| | |
|---|---|
| **From:** | Hertel, Angela D. |
| **To:** | "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org" |
| **Cc:** | "Forsyth, Kyle (USAWAW)" |
| **Bcc:** | Laeser, Jason A. |
| **Subject:** | Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674 (3 of 3) |
| **Date:** | Wednesday, December 30, 2020 2:38:00 PM |
| **Attachments:** | HRDC December Production Part 3.pdf |

Good afternoon,

Attached please find DEA's December production pursuant to the above-captioned civil action. Due to email size limitations, I will be sending our response in three separate emails.

Thank you,

Angela Hertel
Unit Chief
Legal and External Affairs Unit
Freedom of Information/Privacy Act Section
Drug Enforcement Administration
angela.d.hertel@usdoj.gov