# Exhibit J

**From:** Hertel, Angela D.
**To:** "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org"
**Cc:** "Forsyth, Kyle (USAWAW)"
**Bcc:** Laeser, Jason A.
**Subject:** Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674 (1 of 3)
**Date:** Friday, February 26, 2021 7:57:00 AM
**Attachments:** Determination - February Production.pdf
HRDC - February Production - Part 1.pdf

---

Good morning,

Attached please find DEA's February production and reprocessed documents for December 2020 and January 2021 pursuant to the above-captioned civil action. Due to email size limitations, I will be sending our response in three separate emails.

Thank you,

Angela Hertel
Unit Chief
Legal and External Affairs Unit
Freedom of Information/Privacy Act Section
Drug Enforcement Administration
angela.d.hertel@usdoj.gov

| | |
|---|---|
| **From:** | Hertel, Angela D. |
| **To:** | "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org" |
| **Cc:** | "Forsyth, Kyle (USAWAW)" |
| **Bcc:** | Laeser, Jason A. |
| **Subject:** | Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674 (2 of 3) |
| **Date:** | Friday, February 26, 2021 7:58:00 AM |
| **Attachments:** | HRDC - February Production - Part 2.pdf |

Good morning,

Attached please find DEA's February production and reprocessed documents for December 2020 and January 2021 pursuant to the above-captioned civil action. Due to email size limitations, I will be sending our response in three separate emails.

Thank you,

Angela Hertel
Unit Chief
Legal and External Affairs Unit
Freedom of Information/Privacy Act Section
Drug Enforcement Administration
angela.d.hertel@usdoj.gov

| | |
|---|---|
| **From:** | Hertel, Angela D. |
| **To:** | "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org" |
| **Cc:** | "Forsyth, Kyle (USAWAW)" |
| **Bcc:** | Laeser, Jason A. |
| **Subject:** | Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674 (3 of 3) |
| **Date:** | Friday, February 26, 2021 7:58:00 AM |
| **Attachments:** | HRDC - December Production - Reprocessed Documents.pdf<br>HRDC - January Production - Reprocessed Documents.pdf |

Good morning,

Attached please find DEA's February production and reprocessed documents for December 2020 and January 2021 pursuant to the above-captioned civil action. Due to email size limitations, I will be sending our response in three separate emails.

Thank you,

Angela Hertel
Unit Chief
Legal and External Affairs Unit
Freedom of Information/Privacy Act Section
Drug Enforcement Administration
angela.d.hertel@usdoj.gov