# Exhibit K

| | |
|---|---|
| **From:** | Hertel, Angela D. |
| **To:** | "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org" |
| **Cc:** | "Forsyth, Kyle (USAWAW)" |
| **Bcc:** | Laeser, Jason A. |
| **Subject:** | Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674 (1 of 4) |
| **Date:** | Wednesday, March 31, 2021 2:35:00 PM |
| **Attachments:** | Determination - March Production.pdf<br>HRDC - March Production - Part 1.pdf |

Good afternoon,

Attached please find DEA's March production pursuant to the above-captioned civil action. Due to email size limitations, I will be sending our response in four separate emails.

Thank you,

Angela Hertel
Unit Chief
Legal and External Affairs Unit
Freedom of Information/Privacy Act Section
Drug Enforcement Administration
angela.d.hertel@usdoj.gov

**From:** Hertel, Angela D.
**To:** "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org"
**Cc:** "Forsyth, Kyle (USAWAW)"
**Bcc:** Laeser, Jason A.
**Subject:** Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674 (2 of 4)
**Date:** Wednesday, March 31, 2021 2:36:00 PM
**Attachments:** HRDC - March Production - Part 2.pdf

---

Good afternoon,

Attached please find DEA's March production pursuant to the above-captioned civil action. Due to email size limitations, I will be sending our response in four separate emails.

Thank you,

Angela Hertel
Unit Chief
Legal and External Affairs Unit
Freedom of Information/Privacy Act Section
Drug Enforcement Administration
angela.d.hertel@usdoj.gov

| | |
|---|---|
| **From:** | Hertel, Angela D. |
| **To:** | "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org" |
| **Cc:** | "Forsyth, Kyle (USAWAW)" |
| **Bcc:** | Laeser, Jason A. |
| **Subject:** | Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674 (3 of 4) |
| **Date:** | Wednesday, March 31, 2021 2:37:00 PM |
| **Attachments:** | HRDC - March Production - Part 3.pdf |

Good afternoon,

Attached please find DEA's March production pursuant to the above-captioned civil action. Due to email size limitations, I will be sending our response in four separate emails.

Thank you,

Angela Hertel
Unit Chief
Legal and External Affairs Unit
Freedom of Information/Privacy Act Section
Drug Enforcement Administration
angela.d.hertel@usdoj.gov

**From:** Hertel, Angela D.
**To:** "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org"
**Cc:** "Forsyth, Kyle (USAWAW)"
**Bcc:** Laeser, Jason A.
**Subject:** Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674 (4 of 4)
**Date:** Wednesday, March 31, 2021 2:37:00 PM
**Attachments:** HRDC - March Production - Part 4.pdf

---

Good afternoon,

Attached please find DEA's March production pursuant to the above-captioned civil action. Due to email size limitations, I will be sending our response in four separate emails.

Thank you,

Angela Hertel
Unit Chief
Legal and External Affairs Unit
Freedom of Information/Privacy Act Section
Drug Enforcement Administration
angela.d.hertel@usdoj.gov