# Exhibit L

| | |
|---|---|
| **From:** | Hertel, Angela D. |
| **To:** | "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org" |
| **Cc:** | "Forsyth, Kyle (USAWAW)" |
| **Bcc:** | Laeser, Jason A. |
| **Subject:** | Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674 (1 of 2) |
| **Date:** | Friday, April 30, 2021 9:44:00 AM |
| **Attachments:** | Determination - April Production.pdf<br>HRDC - April Production - Part 1.pdf |

Good morning,

Attached please find DEA's April production pursuant to the above-captioned civil action. Due to email size limitations, I will be sending our response in two separate emails.

Thank you,

Angela Hertel
Unit Chief
Legal and External Affairs Unit
Freedom of Information/Privacy Act Section
Drug Enforcement Administration
angela.d.hertel@usdoj.gov

NOTICE: This e-mail (including any attachments herein) may contain personal and privileged information that requires protection in compliance with the Privacy Act of 1974 (5 U.S.C. § 552a). Any use of this information by anyone other than the intended recipient is prohibited. If you have received this communication in error, please immediately delete all copies of this information and notify me by e-mail. The use, dissemination, distribution, or reproduction of this communication by unintended recipients in not authorized and may be unlawful.

| | |
|---|---|
| **From:** | Hertel, Angela D. |
| **To:** | "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org" |
| **Cc:** | "Forsyth, Kyle (USAWAW)" |
| **Bcc:** | Laeser, Jason A. |
| **Subject:** | Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674 (2 of 2) |
| **Date:** | Friday, April 30, 2021 9:45:00 AM |
| **Attachments:** | HRDC - April Production - Part 2.pdf |

Good morning,

Attached please find DEA's April production pursuant to the above-captioned civil action. Due to email size limitations, I will be sending our response in two separate emails.

Thank you,

Angela Hertel
Unit Chief
Legal and External Affairs Unit
Freedom of Information/Privacy Act Section
Drug Enforcement Administration
angela.d.hertel@usdoj.gov

NOTICE: This e-mail (including any attachments herein) may contain personal and privileged information that requires protection in compliance with the Privacy Act of 1974 (5 U.S.C. § 552a). Any use of this information by anyone other than the intended recipient is prohibited. If you have received this communication in error, please immediately delete all copies of this information and notify me by e-mail. The use, dissemination, distribution, or reproduction of this communication by unintended recipients in not authorized and may be unlawful.