# Exhibit O

| | |
|---|---|
| **From:** | Hertel, Angela D. |
| **To:** | "CaesarKalinowski@dwt.com"; "EricStahl@dwt.com"; "DMarshall@humanrightsdefensecenter.org" |
| **Cc:** | "Forsyth, Kyle (USAWAW)" |
| **Bcc:** | Laeser, Jason A.; Burrow, Shellye L |
| **Subject:** | Human Rights Defense Center v. U.S. Department of Justice CA No. 20-cv-00674 |
| **Date:** | Thursday, September 30, 2021 6:24:00 PM |
| **Attachments:** | Determination - September 2021 Production.pdf<br>HRDC - Reprocessed Documents - September 2021.pdf |

Good afternoon,

Attached please find DEA's production pursuant to the above-captioned civil action.

Thank you,

Angela Hertel
Unit Chief
Legal and External Affairs Unit
Freedom of Information/Privacy Act Section
Drug Enforcement Administration
angela.d.hertel@dea.gov

NOTICE: This e-mail (including any attachments herein) may contain personal and privileged information that requires protection in compliance with the Privacy Act of 1974 (5 U.S.C. § 552a). Any use of this information by anyone other than the intended recipient is prohibited. If you have received this communication in error, please immediately delete all copies of this information and notify me by e-mail. The use, dissemination, distribution, or reproduction of this communication by unintended recipients in not authorized and may be unlawful.