Honorable Judge John H. Chun

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-00674-JHC<br><br>Order Granting Defendants' Agreed Motion to Extend Deadlines |

This matter came before the Court on Defendants' United States Department of Justice and the Drug Enforcement Administration's (together, DEA) Agreed Motion to Extend Deadlines. The DEA's Agreed Motion states that Plaintiff Human Rights Defense Center agrees to the requested relief. For the reasons stated in the DEA's Agreed Motion, the Court finds good cause to extend the deadlines set by the Court's Order on the parties' cross-motions for summary judgment. ECF No. 33 at 33-34 (SJ Order). Accordingly the Court GRANTS the DEA's Agreed Motion and extends those deadlines, as follows:

ORDER GRANTING DEFENDANTS' AGREED MOTION TO
EXTEND DEADLINES - 1
(2:20-cv-00674-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The DEA shall produce responsive documents without redaction of certain information, as directed by the SJ Order at 33, ¶ 4, by August 21, 2023;

- The DEA shall file further briefing and accompanying papers regarding sealed "files 18 and 19," as directed by the SJ Order at 33-34, ¶ 6, by 5:00 p.m., August 7, 2023. HRDC's optional response shall be due by 5:00 p.m., August 21, 2023;

- The DEA shall produce all meaningful, reasonably segregable, non-exempt portions of narrative descriptions of alleged wrongdoing, and a supplemental *Vaughn* index and declaration, as directed by the SJ Order at 34, ¶ 7, by 5:00 p.m., August 14, 2023.

IT IS SO ORDERED.

Entered this 29th day of June, 2023

_____
HON. JOHN H. CHUN
United States District Court Judge

Presented by:

s/*Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney

ORDER GRANTING DEFENDANTS' AGREED MOTION TO EXTEND DEADLINES - 2
(2:20-cv-00674-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970