Honorable Judge John H. Chun

1

2

3

4

5

6

7                UNITED STATES DISTRICT COURT FOR THE
                 WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9   HUMAN RIGHTS DEFENSE CENTER,

10                                  Plaintiff,        Case No. 2:20-cv-00674-JHC

11               v.
                                                      Order Extending Deadline to Move
12  UNITED STATES DEPARTMENT OF                       for Reconsideration
    JUSTICE, et al.,

13                                 Defendants.

14

15          This matter came before the Court on Defendants' United States Department of Justice and

16  the Drug Enforcement Administration's (together, DEA) "Agreed Motion to Extend Deadline to

17  Move for Reconsideration" (Agreed Motion).  The Motion states that the DEA's counsel of record

18  was on vacation and generally unavailable to work on this case for the twelve days immediately

19  following the entry of the Court's June 22, 2023, Order ruling on the parties' cross-motions for

20  summary judgment (SJ Order) [ECF No. 33].  The Motion further states that the DEA and U.S.

21  Attorney's Office must engage in certain internal deliberations to determine whether to move for

22  reconsideration, and that they cannot complete those deliberations by the present July 6, 2023,

23

ORDER EXTENDING DEADLINE TO MOVE FOR RECONSIDERATION - 1        UNITED STATES ATTORNEY
(2:20-cv-00674-JHC)                                            700 STEWART STREET, SUITE 5220
                                                              SEATTLE, WASHINGTON 98101
                                                                     (206) 553-7970

deadline for seeking reconsideration.  *See* Local Civil Rule 7(h) (14-day deadline to seek reconsideration).  HRDC consents to the requested extension, provided it does not affect or delay any other pending deadlines.

For the reasons stated in the Motion, the Court finds good cause to extend the deadline to seek reconsideration of the SJ Order by twelve days, through July 18, 2023, and that deadline is hereby so extended.  This order does not affect or delay any other pending deadlines.

IT IS SO ORDERED.

Entered this 6th day of July 2023

_____
HON. JOHN H. CHUN
United States District Court Judge

Presented by:

s/*Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney

ORDER EXTENDING DEADLINE TO MOVE FOR RECONSIDERATION - 2
(2:20-cv-00674-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970