UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER, a Washington nonprofit corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF JUSTICE; and its component, DRUG ENFORCEMENT ADMINISTRATION,<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:20-cv-00674-JHC<br><br>ORDER GRANTING MOTION FOR STAY PENDING REVIEW OF FINAL JUDGMENT |

　　　This matter comes before the Court on Defendants' Motion for Stay Pending Review of Final Judgment. Dkt. # 42. The Court has considered the materials submitted by the parties in connection with the motion, the balance of the record, and the applicable law. For the reasons stated in the Defendants' motion, there is good cause to grant the requested stay.

　　　Accordingly, the Court hereby stays its "Order Re: Cross-Motions for Summary Judgment" [ECF No. 33] (SJ Order), only insofar as the SJ Order requires the DEA to disclose the names of alleged tortfeasors/wrongdoers who are DEA employees. This stay shall remain in effect through the conclusion of any appeal or until the deadline to file a notice of appeal lapses without an appeal being taken.

1  Dated this 16th day of August, 2023

_____
Hon. John H. Chun
United States District Judge