UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; and its component, DRUG ENFORCEMENT ADMINISTRATION,<br><br>Defendants. | Case No. 2:20-cv-00674-JHC<br><br>**PARTIES' STIPULATED MOTION TO EXTEND FILING DEADLINE FOR PLAINTIFF'S MOTION FOR FEES AND COSTS & ORDER** |

## STIPULATED MOTION

Pursuant to Local Civil Rule 7(j) and 10(g), Plaintiff Human Rights Defense Center ("Plaintiff") and Defendants Department of Justice and Drug Enforcement Administration (collectively, "Defendants") move the Court for an order extending the time by which Plaintiff must file its motion for attorneys' fees and costs. Specifically, the Parties request an additional 60-day extension of the F.R.C.P. 54(d)(2)(B)(i) deadline as follows:

| **Deadline** | **Current Date** | **Revised Date** |
|---|---|---|
| Motion for Fees and Costs | June 24, 2024 | August 23, 2024 |

Thus far, Plaintiff submitted a settlement offer on June 14, 2024, which Defendants are still reviewing. Therefore, there is good cause to extend this deadline because the parties

PARTIES' STIPULATED MOTION FOR EXTENSION & ORDER - 1
(No. 2:20-cv-00674-JHC)

are still currently negotiating a potential resolution and settlement, which if successful, would obviate the need for expenditure of further litigant and judicial resources. Good cause also exists because there is no prejudice towards any party. Accordingly, the Parties respectfully request the Court grant this Motion.

       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

       I certify that this paper contains 151 words, in compliance with Local Civil Rule 7(e)(1).

       DATED this 17th day of June, 2024.

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | DAVIS WRIGHT TREMAINE LLP |
| By s/ *Kyle Forsyth*<br>KYLE FORSYTH, WSBA #34609<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Tel: 206-553-7970<br>Fax: 206-553-2422<br>Email: kyle.forsyth@usdoj.gov<br><br>*Attorney for Federal Defendants* | By s/ *Caesar Kalinowski IV*<br>Eric M. Stahl, WSBA #27619<br>Caesar Kalinowski IV, WSBA #52650<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104<br>Tel: 206-622-3150<br>Fax: 206-757-7700<br><br>Email: ericstahl@dwt.com<br>       caesarkalinowski@dwt.com<br><br>EJ Hurst, Admitted *Pro Hac Vice*<br>HUMAN RIGHTS DEFENSE CENTER<br>P.O. Box 1151<br>Lake Worth, FL 33460<br>Telephone: 561-360-2523<br>Email: ejhurst@humanrightsdefensecenter.org<br><br>*Attorneys for Plaintiff* |

# ORDER

**IT IS SO ORDERED.**

Dated this 17th day of June, 2024.

_____
JOHN H. CHUN
United States District Judge

PARTIES' STIPULATED MOTION FOR EXTENSION & ORDER - 3