UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; and its component, DRUG ENFORCEMENT ADMINISTRATION,<br><br>Defendants. | Case No. 2:20-cv-00674-JHC<br><br>PARTIES' SECOND STIPULATED MOTION AND ORDER TO EXTEND FILING DEADLINE FOR PLAINTIFF'S MOTION FOR FEES AND COSTS<br><br>NOTE ON MOTION CALENDAR: August 8, 2024 |

## STIPULATED MOTION

Pursuant to Local Civil Rule 7(j) and 10(g), Plaintiff Human Rights Defense Center ("Plaintiff") and Defendants Department of Justice and Drug Enforcement Administration (collectively, "Defendants") move the Court for an order extending the time by which Plaintiff must file its motion for attorneys' fees and costs. Specifically, the Parties request an additional 31-day extension of the F.R.C.P. 54(d)(2)(B)(i) deadline as follows:

| Deadline | Current Date | Revised Date |
|---|---|---|
| Motion for Fees and Costs | August 23, 2024 | September 23, 2024 |

The parties have reached a tentative settlement agreement on Plaintiff's fees for this matter, and are currently finalizing the agreement and processing it for approval. Therefore,

PARTIES' SECOND STIPULATED MOTION FOR EXTENSION
AND ORDER - 1
No. 2:20-cv-00674-JHC

good cause exists to extend this deadline because the parties have reached a potential resolution, which obviates the need for expenditure of further litigant and judicial resources. Good cause also exists because there is no prejudice towards any party. Accordingly, the Parties respectfully request the Court grant this Motion.

      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

      I certify that this paper contains 162 words, in compliance with Local Civil Rule 7(e)(1).

      DATED this 8th day of August, 2024.

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | DAVIS WRIGHT TREMAINE LLP |
| By s/ *Kyle Forsyth*<br>KYLE FORSYTH, WSBA #34609<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Tel: 206-553-7970<br>Fax: 206-553-2422<br>Email: kyle.forsyth@usdoj.gov<br><br>*Attorney for Federal Defendants* | By s/ *Caesar Kalinowski IV*<br>Eric M. Stahl, WSBA #27619<br>Caesar Kalinowski IV, WSBA #52650<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Tel: 206-622-3150<br>Fax: 206-757-7700<br><br>Email: ericstahl@dwt.com<br>        caesarkalinowski@dwt.com<br><br>*Attorneys for Plaintiff* |

# ORDER

**IT IS SO ORDERED.**

Dated this 8th day of August, 2024.

                                                _____
                                                JOHN H. CHUN
                                                United States District Judge